GILBERT SMITH v. THE STATE.

*No. 1018.   Decided November 21.*

1. **Statement of Facts—Practice on Appeal.**—A statement of facts filed subsequent to the time allowed by order of the court can not be considered on appeal.

2. **Same—Continuance.**—In the absence of a statement of the facts, the court on appeal can not determine the materiality or probable truth of the matters set up in the application for continuance.

APPEAL from the Criminal District Court of Harris. Tried below before Hon. E. D. CAVIN.

Appellant was indicted for the murder of Tony Ellison, and at his trial was convicted of murder of the second degree, and given as his punishment a term of ten years in the penitentiary.

The purported statement of facts found in the record was filed after more than ten days had elapsed after the court had adjourned for the term.

No briefs on file with the record.

DAVIDSON, JUDGE.—Appellant's punishment was assessed at ten years' confinement in the penitentiary, for the offense of murder in the second degree.

The statement of facts, having been filed subsequent to the time allowed by order of the court for that purpose, can not be considered an appeal.    The failure to file same in proper time is not sought to be explained.

In the absence of the testimony, we are unable to say the facts set up in the application for a continuance are material and probably true. Appellant may have been between 16 and 17 years of age at the time of the homicide, and his character two years prior thereto may have been good at Vinita, in the Indian Territory, as a peaceable boy, and yet have no material bearing on any issue raised upon his trial. When an application for continuance is refused, and such ruling of the court is sought to be revised on motion for new trial, or on appeal, the materiality and probable truth of the absent testimony must in some way be made to appear to the tribunal whose revisory power is invoked.

As the record is presented to us we find no error, and the judgment is affirmed.

*Affirmed.*

Judges all present and concurring.